**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:**    **530.759.0700**
   **Facsimile:**     **530.759.0800**

**Attorney for Defendant**
**JAMIE GENETTE HENRY**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 13-CR-00010 MCE |
|            Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS |
| JAMIE GENETTE HENRY, | |
|            Defendant. | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney and Jennifer C. Noble, attorney for defendant Jamie Genette Henry, that the status conference presently set for March 14, 2013, be continued to March 28, 2013, at 9:00 a.m., thus vacating the presently set status conference.

    The parties need additional time to continue to negotiate a plea agreement. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, March 28, 2013.

**IT IS SO STIPULATED.**

Dated: March 11, 2012                By: /s/ Jennifer C. Noble
                                     JENNIFER C. NOBLE
                                     WISEMAN LAW GROUP
                                     Attorney for Defendant
                                     JAMIE GENETTE HENRY

Dated: March 11, 2012                Benjamin B. Wagner
                                     United States Attorney

                                     By: /s/ Matthew Morris
                                     MATTHEW MORRIS
                                     Assistant U.S. Attorney

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 11, 2013, to and including March 28, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the March 14, 2013, status conference shall be continued until March 28, 2013, at 9:00 a.m

IT IS SO ORDERED.

Date: March 13, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE