1  **JENNIFER C. NOBLE, ESQ., CSBN 256952**
2  **WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
3  **Davis, California 95618**
   **Telephone:   530.759.0700**
4  **Facsimile:   530.759.0800**

5  **Attorney for Defendant**
   **JAMIE GENETTE HENRY**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S-13-0010 TLN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS** |
| JAMIE GENETTE HENRY, | |
| Defendant. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney and Jennifer C. Noble, attorney for defendant Jamie Genette Henry, that the status conference presently set for Thursday, May 23, 2013, before Judge Nunley, be continued to Thursday, June 13, 2013, at 9:30 a.m., before Judge Nunley, thus vacating the presently set status conference.

The parties need additional time to continue to negotiate a plea agreement. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of

the filing of the order until the date of the status conference, June 13, 2013.

**IT IS SO STIPULATED.**

Dated: May 20, 2013                          By: /s/ Jennifer C. Noble
JENNIFER C. NOBLE
WISEMAN LAW GROUP
Attorney for Defendant
JAMIE GENETTE HENRY

Dated: May 20, 2013                          Benjamin B. Wagner
United States Attorney

By: /s/ Matthew Morris
MATTHEW MORRIS
Assistant U.S. Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 23, 2013, to and including June 13, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the May 23, 2013, status

conference, before Judge England, shall be vacated and a status conference shall be set for June 13, 2013, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: May 24, 2013

Troy L. Nunley
United States District Judge